AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION   [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Northern District of Illinois<br>219 South Dearborn Street, 20th Floor<br>Chicago, Illinois 60604 |
|---|---|
| **DOCKET NO.** 14cv5640   **DATE FILED** 7/23/14 | |

| PLAINTIFF:<br>Dallas Buyers Club, LLC. | DEFENDANT:<br>Does 1-40 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1)   PA 1-873-195 | Dallas Buyer Club | Dallas Buyer Club, LLC |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| | | |

In the above-entitled case, a final decision was reached on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[ ] Other   [ ] Judgment | WRITTEN OPINION ATTACHED  [ ] Yes  [ ] No | DATE RENDERED |
|---|---|---|

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>A. Owens | DATE<br>7/23/14 |
|---|---|---|