## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Dallas Buyers Club, LLC.

                              Plaintiff,

v.                                                         Case No.: 1:14–cv–05640
                                                              Honorable Manish S. Shah

Does 1–40

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2014:

       MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, the Motion for Leave to Take Discovery Prior to Rule 26(f) Conference [9] is granted. Plaintiff may issue its Rule 45 subpoenas to identify the individual defendants. The court notes that the issue of joinder is not settled at this point. Status hearing remains set for 10/22/14 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.