**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dallas Buyers Club, LLC.

                            Plaintiff,

v.                                           Case No.: 1:14–cv–05640
                                                  Honorable Manish S. Shah

Does 1–40, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Motion for Leave to Withdraw [23] is granted. Karyn L. Bass Ehler may withdraw her appearance on behalf of Plaintiff and is terminated as counsel of record. Motion hearing previously set for 1/8/15 at 9:45 a.m. is hereby stricken and no appearance is necessary. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.