**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dallas Buyers Club, LLC.

                          Plaintiff,

v.                                           Case No.: 1:14–cv–05640
                                              Honorable Manish S. Shah

Does 1–40, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 14, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Counsel for Defendant Doe No. 10 appears, and represents that his client is prepared to litigate this case. Plaintiffs' counsel advises the court that they have dismissed or reached pending settlement agreements with 19 of the Doe defendants. Continued status hearing is set for 3/18/15 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.