

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



FILED

MAR 2 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

**NAME:** Bobby Joe Yeggy Jr

**FIRM:** Love and Yeggy

**STREET ADDRESS:** 332 S. Michigan Ave Ste 1032 #L459

**CITY/STATE/ZIP:** Chicago, IL 60604

**PHONE NUMBER:** 312.771.8931

**ARDC NO. (If Member of Illinois State Bar):** 6270857

☑ I am a member of the General Bar for the Northern District of Illinois

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

I currently have an appearance on file for the following active case(s):

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:14-CV-05640 | Dallas Buyers Club | Shah |
| | | |
| | | |
| | | |

_____
Attorney's Signature

March 2, 2015
Date

Return completed form by FAX to 312-554-8512, Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604.